IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF SAXTON ASSET SECURITIES TRUST 2006-1 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2006-1,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2450

      Appellants,

v.

KENNETH R. SCHNEIDER, ET AL.,

      Appellee.
_____/

Opinion filed July 28, 2014.

An appeal from the Circuit Court for Alachua County.
Stanley H. Griffis, III, Judge.

Khari E. Taustin, Jeremy W. Harris, Masimba M. Mutamba, and Angela Barbosa Wilborn, of Morris, Laing, Evans, Brock & Kennedy, CHTD., West Palm Beach, for Appellants.

Frederic David Kaufman of Kaufman Attorneys, P.A., Gainesville, for Appellee.

PER CURIAM.

      DISMISSED.   Appellants' Motion to Stay Appeal and Relinquish

Jurisdiction, filed on June 25, 2014, is denied.  See Demont v. Demont, 24 So. 3d

699 (Fla. 1st DCA 2009) (dismissing appeal rather than allowing lower court to enter a final order where an indeterminate amount of judicial labor remained to be done before a final order could be entered).

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.